INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ES-96-2          *Resuelto:* 31 de mayo de 1996

RESOLUCIÓN

De conformidad con lo dispuesto en la Regla 4(d) del
Reglamento de este Tribunal, 4 L.P.R.A. Ap. XXI-A, se

---

constituyen las Salas Especiales de Despacho siguientes para funcionar durante el receso:

*De 1ro de julio a 15 de agosto de 1996*:

Juez Asociado Señor Francisco Rebollo López (Presidente)
Juez Asociada Señora Miriam Naveira de Rodón
Juez Asociado Señor Jaime B. Fuster Berlingeri

*De 16 de agosto a 30 de septiembre de 1996*:

Juez Presidente Señor José A. Andréu García (Presidente)
Juez Asociado Señor Antonio S. Negrón García
Juez Asociado Señor Federico Hernández Denton
Juez Asociado Señor Baltasar Corrada Del Río

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que integren las salas que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando sea necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este período.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*